UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:   Diane Veronica Warner                      Case No. 10-12332-jrh
         Debtor.                                    Chapter 13

### DEBTOR'S FIRST PRE-CONFIRMATION
### MODIFICATION OF CHAPTER 13 PLAN

NOW COMES the Debtor's by and through her attorneys, David Andersen & Associates, P.C., and modifies the Chapter 13 plan as authorized by 11 U.S.C. §1323.

1. This case was filed on October 14, 2010. The plan has not yet been confirmed. This case has never been converted, dismissed, or reinstated.

2. The Debtor modifies the plan as follows:

   A. The provision in ¶ II (A) (2) of the plan filed on October 14, 2010 regarding the escrow provision stating, "Applications administrative expenses not previously allowed or ordered will be filed at least 30 days before the completion of the case in order to be paid from escrowed funds" is stricken and replaced with "Applications administrative expenses not previously allowed or ordered will be filed at least 30 days before the time of the final audit or the 59th month of the plan whichever comes first in order to be paid from escrowed funds"

   B. On July of 2012, the plan payments shall increase by $535.99 per month or the Debtor will revise her budget to reflect her ability to pay.

   C. Any bonuses the Debtor receives during the life of the plan will be paid into the plan.

   D. In all other respects, the Chapter 13 plan remains the same.

Date: 12/9/10            /S/ _____
                             Diane Veronica Warner


Date: 09 DEC 2010        /S/ _____
                         David Andersen & Associates, P.C.
                         David C. Andersen      (P30355)
                         Rebecca L. Johnson-Ellis (P65574)
                         Jon D. Stratman        (P63221)
                         Attorneys for the debtors
                         866 3 Mile Road NW, Suite B
                         Grand Rapids, MI 49544
                         (616) 784-1700