UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:   Diane Veronica Warner                                Case No. 10-12332-jrh
         Debtor.                                              Chapter 13

**DEBTOR'S SECOND PRE-CONFIRMATION
MODIFICATION OF CHAPTER 13 PLAN**

NOW COMES the Debtor's by and through her attorneys, David Andersen & Associates, P.C., and modifies the Chapter 13 plan as authorized by 11 U.S.C. §1323.

1. This case was filed on October 14, 2010. The plan has not yet been confirmed. This case has never been converted, dismissed, or reinstated.

2. The Debtor modifies the plan as follows:

   A. Unsecured creditors will receive the greater of either $5,126.00 or the amount necessary to fund the plan in 60 months. However this amount may be less if additional administrative or other priority claims including additional attorney fees incurred by the debtor, are allowed

   B. In all other respects, the Chapter 13 plan remains the same.

Date: 12/14/10

/S/ Diane Veronica Warner
Diane Veronica Warner

Date: 12/15/10

/S/ Rebecca Johnson-Ellis
David Andersen & Associates, P.C.
David C. Andersen         (P30355)
Rebecca L. Johnson-Ellis (P65574)
Jon D. Stratman           (P63221)
Attorneys for the debtors
866 3 Mile Road NW, Suite B
Grand Rapids, MI  49544
(616) 784-1700